FILED
CLERK, U.S. DISTRICT COURT

APR 11 2014

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff, </br> v. </br> Patricio Diaz-Solis </br> Defendant. | Case No.: ED14MJ157 </br> ORDER OF DETENTION </br> (FED.R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ District of __ARIZONA__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following: __UNKNOWN BACKGROUND; UNKNOWN BAIL RESOURCES; IMMIGRATION STATUS UNDOCUMENTED; ASSOCIATED WITH MULTIPLE PERSONAL IDENTIFIERS.__

1  and/or

2  B.    ( )    The defendant has not met his/her burden of establishing by clear and
3              convincing evidence that he/she is not likely to pose a danger to the
4              safety of any other person or the community if released under 18
5              U.S.C. § 3142(b) or (c).  This finding is based on the following:

6  _____
7  _____
8  _____
9  _____

12  IT THEREFORE IS ORDERED that the defendant be detained pending the further
13  revocation proceedings.

15  Dated: 4/11/14

    HONORABLE DAVID T. BRISTOW
    United States Magistrate Judge

2